IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CECIL MCGILL TRIMBLE, SR.,<br><br>Defendant. | CASE NO.: 2:21-cr-14 |

**O R D E R**

On April 30, 2021, the parties filed their Joint Status Report. Doc. 48. In that Report, the parties state that all pretrial motions filed in this case as to Defendant Cecil McGill Trimble, Sr. have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 35–43, as to Defendant Cecil McGill Trimble, Sr.

The Motions Hearing scheduled for June 8, 2021 at 10:00 a.m. as to Defendant Cecil McGill Trimble, Sr. is cancelled.

**SO ORDERED**, this 5th day of May, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA