# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,     )
                                 )
v.                                 )     CR 2:21-014-1
                                 )
CECIL MCGILL TRIMBLE, SR.,     )
                                 )
     Defendant.               )

## ORDER

Before the Court is Defendant Cecil Trimble, Sr.'s motion for early termination of supervised release. Dkt. No. 80. The Government has responded in opposition, dkt. no. 81, and the motion is ripe for review.

Pursuant to a written plea agreement, Defendant pleaded guilty to Count 1 of the indictment, that is, possession with intent to distribute a controlled substance (cocaine), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2. Dkt. Nos. 61, 74. On November 8, 2021, Defendant was sentenced to forty-four months' imprisonment, to be served concurrently with any related state sentence, followed by three years of supervised release. Dkt. No. 74. The Court further ordered special conditions of supervision, as well as a $100 special assessment. Id.

On or about July 28, 2023, Defendant was released from Bureau of Prisons' custody and commenced his term of

supervision. Defendant has completed thirty-four months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 80.

In his motion, Defendant states he has been in full compliance with the terms of his supervision. Id. The Court notes that Defendant has maintained a stable residence, and all drug screens have returned with negative results. However, Defendant's criminal history is concerning. He has prior felony convictions for sale or delivery of cocaine with intent to distribute and a prior conviction for distribution of cocaine.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court commends Defendant for the positive strides he has made while under supervision. However, the Court must carefully weigh a favorable adjustment to Defendant's supervision against his offense of conviction. After consideration, the Court finds

2

that continued supervision is in Defendant's best interest, and his motion for early termination, dkt. no. 80, is **DENIED**.

**SO ORDERED** this __16__ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3